UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMART STUDY CO LTD.,

                Plaintiff,

- against -

LIZHIWANGLUO16 et al.

                Defendants.

---

19cv7725 (JGK)
19cv7726 (JGK)
19cv7727 (JGK)
19cv7728 (JGK)
19cv7729 (JGK)
<u>ORDER</u>

JOHN G. KOELTL, District Judge:

The plaintiff is directed to submit a status report to the Court about all related cases in this matter by **February 7, 2020**.

SO ORDERED.

Dated:    New York, New York
            January 28, 2020

                                          John G. Koeltl
                                      **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1.29.20