```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

**SMART STUDY CO. LTD.,**

        Plaintiff,           19cv7725 (JGK)
                                   19cv7726 (JGK)
    - against -               19cv7727 (JGK)
                                   19cv7728 (JGK)
**LIZHIWANGLUO16 et al.**       19cv7729 (JGK)

        Defendants.         <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    In view of the restrictions on presence at the courthouse, the Court will sign the orders to show cause in early May 2020, making them returnable subsequently.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 31, 2020**     /s/ John G. Koeltl
                                      **John G. Koeltl**
                             **United States District Judge**