```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

SMART STUDY CO., LTD.,

           Plaintiff,         19cv7725 (JGK)
                                19cv7726 (JGK)
   - against -               19cv7727 (JGK)
                                19cv7728 (JGK)
LIZHIWANGLUO16 et al.,      19cv7729 (JGK)

          Defendants.        <u>ORDER</u>

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to enter the attached amended memorandum opinion and order. This opinion is identical to the July 3, 2020 memorandum opinion and order except that it corrects an error in Footnote 1 describing the number of defaulting defendants in the five related cases. This amended opinion does not affect the judgments entered in the five related cases, which accurately describe the number of defaulting defendants.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 6, 2020**              /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                   **United States District Judge**